IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JUDITH CASTILLO,

Plaintiff,

v. Case No. 1:26-cv-02348-PTG-LRV

COUNTY OF ARLINGTON, VIRGINIA,

Defendant.

**COUNTY OF ARLINGTON, VIRGINIA'S**
**MOTION TO DISMISS FIRST AMENDED COMPLAINT**

COMES NOW, Defendant County of Arlington, Virginia ("the County"), by counsel, and moves this Court under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss the First Amended Complaint because the Court lacks subject matter jurisdiction and Plaintiff does not state a plausible claim for relief. The County relies on and incorporates by reference the brief filed in support of this Motion to Dismiss as if fully set forth herein.

WHEREFORE, the County respectfully requests that this Court grant the Motion to Dismiss and dismiss the First Amended Complaint with prejudice.

**COUNTY OF ARLINGTON, VIRGINIA**

By Counsel

/s/ Melissa Y. York
Melissa Y. York (VSB No. 77493)
Andrew P. Selman (VSB No. 91060)
Counsel for County of Arlington, Virginia
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
myork@hccw.com
aselman@hccw.com

**C E R T I F I C A T E**

I hereby certify that on the 8th day of October, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Judith Castillo
8303 Keeler Street
Alexandria, VA 22309
jdrc2011@gmail.com

/s/ Melissa Y. York
Melissa Y. York (VSB No. 77493)
Andrew P. Selman (VSB No. 91060)
Counsel for County of Arlington, Virginia
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
myork@hccw.com
aselman@hccw.com